**Order entered November 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01464-CR
No. 05-18-01482-CR

**MACKENZIE RENE CHESNEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-81645-2017 & 401-81646-2017**

## ORDER

Before the Court is the State's November 22, 2019 second motion for extension of time to file its brief. The brief has been tendered with the motion. We **GRANT** the motion and **ORDER** the State's brief filed as of the date of this order.


/s/     ROBERT D. BURNS, III
CHIEF JUSTICE